Eric D. Olson, State Bar No. 198373
LEE, HONG, DEGERMAN, KANG & WAIMEY
3501 Jamboree Road, Suite 6000
Newport Beach, California 92660
Telephone:  (949) 250-9954
Facsimile:   (949) 250-9957
Email:  eolson@lhlaw.com

Keith Fichtelman, State Bar No. 262476
LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile:  (213) 623-2211
Email:  keith.fichtelman@lhlaw.com

Attorneys for Korea Trade Insurance Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREA TRADE INSURANCE CORPORATION, a Korean Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BH REAL ESTATE INVESTMENT LLC, a Delaware company; AJG HOLDINGS LLC, a California company; JLAG INVESTMENT LLC, a California company; CHONG WOEN LEE, an individual; MICHAEL & KAINSAN CAPITAL, LLC, a Delaware company,<br><br>Defendants. | Case No.:   3:17-cv-0639-L(RBB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** |

1

**NOTICE OF VOLUNTARY DISMISSAL**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Korea Trade Insurance Corporation hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants. To date, no defendant has filed an answer or motion for summary judgment in this action. The parties shall bear their own respective costs and fees.

Dated: May 2, 2017        **LEE, HONG, DEGERMAN, KANG & WAIMEY**

By: /s/ Keith H. Fichtelman
    Eric D. Olson
    Keith H. Fichtelman

Attorneys for Plaintiff
Korea Trade Insurance Corporation